B6D (Official Form 6D) (12/07)

In re **W. Smith, Jason**  Case No. **08-60755**
**Elsa Smith**  (if known)

*AMENDED 12/10/2008*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR / HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| ACCT #:<br>**BurkHolders**<br>**POB 1084**<br>**Rochester, WA  98579** | C | DATE INCURRED: **6/2007**<br>NATURE OF LIEN:<br>**Goods or Services Rendered**<br>COLLATERAL:<br>**Storage building-Surrender**<br>REMARKS:<br>**Surrender**<br><br>VALUE:    $4,221.72 | | $2,500.00 | |
| ACCT #: **xxxx6908**<br>**Ford Motor Credit**<br>**2350 Airport Freeway**<br>**Bedford, TX  76022-3061** | C | DATE INCURRED: **1/02/2003**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2003 Ford F250**<br>REMARKS:<br><br>VALUE:    $15,657.63 | | $15,657.63 | |
| ACCT #: **xxxxxx1025**<br>**Preferred Credit**<br>**c/o Emissary Mgmt.Systems, LLC**<br>**POB 7049**<br>**Newark, DE  19714-7049** | J | DATE INCURRED: **3/27/2007**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Kirby vacuum-Surrender**<br>REMARKS:<br>**Surrender**<br><br>VALUE:    $1,360.00 | | $1,360.00 | |
| ACCT #:<br>**The Home Store**<br>**1310 Hwy 19**<br>**Canton, TX  75103** | C | DATE INCURRED: **12/2006**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Sofa**<br>REMARKS:<br><br>VALUE:    $200.00 | | $1,300.00 | $1,100.00 |
| | | Subtotal (Total of this Page) > | | $20,817.63 | $1,100.00 |
| | | Total (Use only on last page) > | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **W. Smith, Jason**  Case No. **08-60755**
    **Elsa Smith**                                            (if known)

*AMENDED 12/10/2008*
### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3159<br><br>**Van Zandt County Appraisal District**<br>**PO Box 926**<br>**Canton, TX  75103** | | C | DATE INCURRED: **8/08/2008**<br>NATURE OF LIEN: **Property taxes**<br>COLLATERAL:<br>**6636 FM 2909, Canton, TX 75103**<br>REMARKS:<br><br>VALUE: $1,529.43 | | | | $1,529.43 | |
| ACCT #:<br><br>**Walter Mortgage Group**<br>**POB 31601**<br>**Tampa, Fl  33631-3601** | | C | DATE INCURRED: **10/01/2006**<br>NATURE OF LIEN: **Loan**<br>COLLATERAL:<br>**6636 FM 2909, Canton, TX 75103**<br>REMARKS:<br><br>VALUE: $130,767.72 | | | | $130,767.72 | |
| ACCT #:<br><br>**Walter Mortgage Group**<br>**POB 31601**<br>**Tampa, Fl  33631-3601** | | C | DATE INCURRED: **10/01/2006**<br>NATURE OF LIEN: **Loan**<br>COLLATERAL:<br>**6636 FM 2909, Canton, TX 75103**<br>REMARKS:<br>**Arrearage**<br><br>VALUE: $122,000.00 | | | | $2,136.64 | |

Sheet no. __1__ of __1__ continuation sheets attached    Subtotal (Total of this Page) >   $134,433.79    $0.00
to Schedule of Creditors Holding Secured Claims              Total (Use only on last page) >   $155,251.42    $1,100.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)